IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MA'AYA MEIGHAN EL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUDGE FRANK BRADY | : | NO. 14-2611 |
| ATTORNEY DENNIS KELLY | : | |

FILED
MAY 1 5 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 13th day of May, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii), for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Cynthia M. Rufe*
CYNTHIA M. RUFE, J.